UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 7, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHELLE ORTEGA,

Defendant.

Case No. 2:22-mj-0128 AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICHELLE ORTEGA</u> Case No. <u>2:22-mj-0128 AC</u> Charges <u>18 USC §3606</u> from custody for the following reasons:

<u>  x  </u> Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): _____

Issued at Sacramento, California on September 7, 2022 at 2:00 PM

By: _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE